UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TENNYSON B.,

        Plaintiff,

    v.

KILOLO KIJAKAZI,

        Defendant.

Case No. 22-cv-06595-SI

**JUDGMENT**

The Court has granted plaintiff's motion for summary judgment, denied defendant's cross-motion for summary judgment, and remanded this case to the Social Security Administration for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 7, 2023

_____
SUSAN ILLSTON
United States District Judge